UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-07413-SVW -RZ | Date | June 11, 2012 |
|---|---|---|---|
| Title | Mary Colby et al v. Sam Newman et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew J. Matern | Ronan Cohen |
| Tagore O. Subrananiam | Marc Greenberg |

**Proceedings:** PRETRIAL CONFERENCE
[105]   MOTION for Directed Verdict Pursuant to F.R.C.P. 50(a) filed by Defendant YSN Imports, Inc
[108]   Emergency MOTION for Directed Verdict and Declaration of Hank Kahr filed by Defendants YSN Imports, Inc.
[124]   MOTION for Protective Order filed by plaintiffs

Conference and hearing held. The Court takes the motions under submission. Order to issue.

|  | : | 21 |
|---|---|---|
| | Initials of Preparer | PMC |