# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guerrilla Air, Inc., Deborah Teramani, Dan Colby, and Mary Colby.<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Sam Newman, Israel Schochet, YSN Imports, Inc., and DOES 1-10., inclusive,<br><br>　　　　　　　Defendants | CASE NO.2:11-cv-07413-JGB-RZ<br><br>**[Assigned to Hon. Jesus G. Bernal]**<br><br>**ORDER** |

STIPULATION TO CONTINUE REQUEST FOR DISMISSAL FILING DATE; ORDER HEREWITH

# ORDER

GOOD CAUSE APPEARING, it is hereby ordered:

1. The filing date for Plaintiffs' Request for Dismissal shall be continued to January 3, 2015.

IT IS SO ORDERED.

Dated: December 2, 2014

Hon. Jesus G. Bernal, Judge of the United States District Court for the Central District of California

---

STIPULATION TO CONTINUE REQUEST FOR DISMISSAL FILING DATE